IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MCKEBIA D. BRAY, | * |
| Petitioner, | * |
| v. | Case No. 1:10-CV-98(WLS) |
| | * |
| WILLIAM TERRY, WARDEN, | |
| | * |
| Respondent. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated April 18, 2013, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of April, 2013.

Gregory J. Leonard, Clerk

s/ William C. Lawrence, Deputy Clerk